Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
TYRONN CARTER  Case No. 09-33145
PRISCILLA CARTER  Account No. 0769

DEUTSCHE BANK NATL TRUST CO         TYRONN CARTER
% OCWEN LOAN SVCG LLC               PRISCILLA CARTER
PO BOX 24781                        10 COVINGTON CT
WEST PALM BEACH, FL  33416-4781     BOLINGBROOK, IL  60490

ROBERT J SEMRAD & ASSOC
20 S CLARK ST  28TH FL
CHICAGO, IL  60603-1811

NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on April 22, 2013.

/S/  Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on April 29, 2013.

/S/  Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888